

SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 MAR 18 PM 12: 35

8:25CR64 OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYREE DAVIS,<br>ALANTA PRETENDS-EAGLE<br><br>Defendants. | INDICTMENT<br>21 U.S.C. § 846<br>18 U.S.C. § 922(g)(1) and 924(a)(8)<br>18 U.S.C. § 924(c)(1)(A)<br>21 U.S.C. § 853 |

The Grand Jury Charges:

## COUNT I

On or about January 14, 2025, in the District of Nebraska and elsewhere, the defendants, TYREE DAVIS and ALANTA PRETENDS-EAGLE, knowingly and intentionally combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States, to distribute and possess with intent to distribute 100 grams or more of a mixture or substance containing fentanyl analogue and 5 grams or more of methamphetamine (actual), its salts, isomers, or salts of its isomers, Schedules I and II, respectively, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

Before TYREE DAVIS committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction under Neb. Rev. Stat. 28-416 for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT II

On or about January 14, 2025, in the District of Nebraska, the defendant, TYREE DAVIS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: manufacturing, distributing, or possession with intent to distribute controlled substances, on or about October 23, 2019, in the District Court of Douglas County, Nebraska, knowingly possessed a Glock 30 .45 handgun, serial number BZMP778, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT III

On or about January 14, 2025, in the District of Nebraska, the defendant, ALANTA PRETENDS-EAGLE, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: theft by unlawful taking, $1,500 to $5,000, on or about September 14, 2023, in the District Court of Douglas County, Nebraska, knowingly possessed a Glock 30 .45 handgun, serial number BZMP778, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT IV

On or about January 14, 2025, in the District of Nebraska, Defendants TYREE DAVIS and ALANTA PRETENDS-EAGLE did knowingly use and carry a firearm, to wit: a Glock 30 .45 handgun, serial number BZMP778, during and in relation to, and did knowingly possess such firearm in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

1.    The allegation contained in Count I of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2.    Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, conspiracy to distribute and possess with intent to distribute fentanyl analogue and methamphetamine, Defendants TYREE DAVIS and ALANTA PRETENDS-EAGLE shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

    a.  $5,357.00 in United States currency seized from the person of ALANTA PRETENDS-EAGLE on or about January 14, 2025.

3.    If any of the property described above, as a result of any act or omission of Defendant(s):

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

In violation of Title 21, United States Code, Section 853.

A TRUE BILL:


FOREPERSON


The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.


KIMBERLY C. BUNJER
Assistant United States Attorney