IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TYREE DAVIS and ALANTA PRETENDS-EAGLE,

Defendants.

**8:25CR64**

**ORDER**

This matter is before the Court on Defendant, Tyree Davis' Motion to Continue Trial (Filing No. 113). Counsel needs additional time to engage in plea negotiations. The government and counsel for the above-named co-defendant have no objections to the continuance. For good cause shown,

IT IS ORDERED that the Motion to Continue Trial (Filing No. 113) is granted as follows:

1. The jury trial, **for all defendants**, now set for October 19, 2026, is continued to **November 30, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 30, 2026,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 8th day of October 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge